# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DENNIS BLACK,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09CV169-W
3:05CR263

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2009 Order.

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

August 4, 2009